UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CLEMENTINE GETMAN,
          Plaintiff,

v.

GREECE CENTRAL SCHOOL DISTRICT,
          Defendant.

**ORDER**
16-CV-6561

---

The Court is in receipt of pro se plaintiff's motion to compel discovery, filed on February 8, 2017. See Docket # 15. With her motion, plaintiff seeks production of (1) plaintiff's personnel file; (2) the posting of civil service title qualifications; (3) any salary analyses for Risk Management Specialist; and (4) the job application and resume of the individual who replaced plaintiff as Risk Management Specialist. See id. The Court specifically addressed these items in its December 15, 2016 Scheduling Order as documents to be included in defendant's mandatory disclosure packet, due to plaintiff by February 3, 2017. See Scheduling Order (Docket # 11).

Defendant responded to plaintiff's instant motion on February 21, 2017. See Docket # 18. Defendant states that the parties' need for a Protective Order delayed production of the mandatory disclosures. A Protective Order was filed with the Court on February 13, 2017 (Docket ## 16, 17), and disclosures were made the following day. See Response (Docket # 18) at ¶

13.  Defendant indicates that all mandatory disclosures have now been provided to plaintiff with the exception of documents "reflecting a salary analysis for the Risk Management Specialist position," which, defendant asserts, do not exist. Id. at ¶ 28.

Based on the affirmations of defense counsel, plaintiff's motion is now **resolved**.  Plaintiff is reminded that under the Federal Rules of Civil Procedure, any party seeking production of documentation is required to make a good faith effort to confer with the opposing party before requesting Court action. Fed. R. Civ. P. 37(a)(1).

**SO ORDERED.**

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2017
       Rochester, New York

2